JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JUAN MOREYRA, as an individual and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, a New York corporation; BIO-MEDICAL APPLICATIONS OF MISSION HILLS, INC., a Delaware corporation; FRESENIUS MEDICAL CARE NORTH AMERICA LIMITED PARTNERSHIP, a Delaware limited partnership; FRESENIUS MEDICAL CARE NORTH AMERICA HOLDINGS LIMITED PARTNERSHIP, a Delaware limited partnership; and DOES 1 THROUGH 100, inclusive;<br><br>　　　　　Defendants. | Case No.: SACV10-517 JVS (RZx)<br><br>[Assigned to Hon. James V. Selna, Courtroom 10C]<br><br>**JUDGMENT** |

On June 24, 2013 the Court entered its Order Granting Plaintiffs' Motion for Final Approval of the Class Settlement in the above-captioned matter, which covers as a class all persons who worked in a Fresenius dialysis clinic in California and were classified as non-exempt from overtime and who were paid on an hourly basis at any time from November 19, 2005 through January 28, 2013 (the "Class"), after confirmation of proper notice to the Class pursuant to Rule 23(c)(2) of the Federal Rules of Civil Procedure.

On August 7, 2013, the Court entered its Order Re Motion For Enhancement Payments, Attorneys' Fees, and Costs.

On September 23, 2013, funding of the Gross Settlement Amount was completed and distributed to the Class pursuant to the terms of the Court approved Joint Stipulation of Settlement and Release (the "Settlement Stipulation"), with confirmation of the same submitted to the Court on September 27, 2013.

The Court hereby enters judgment in this action pursuant to the terms of the Settlement Stipulation and **Dismisses** the above-captioned action **With Prejudice**, without costs to any party except as provided therein.

The Court retains jurisdiction over the plaintiffs, defendants, and the members of the Class to enforce the terms of the Settlement Stipulation and this Judgment.

**IT IS SO ORDERED**.

Dated: September 30, 2013

_____
Hon. James V. Selna
Judge, United States District Court